Herminia **MORALES** and Michelle Suranofsky, Plaintiffs–Appellants,

v.

**CHASE HOME FINANCE LLC and JPMorgan Chase Bank,** Defendants–Appellees.

No. 11–16205.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 9, 2012.

Filed Dec. 13, 2012.

Whitney Stark, Rukin Hyland Doria & Tindall, James C. Sturdevant, The Sturdevant Law Firm, San Francisco, CA, Maeve Elise Brown, Elizabeth Scott Letcher, Staff, Cynthia Singerman, Esquire, Noah Zinner, Housing and Economic Rights Advocates, Oakland, CA, for Plaintiff–Appellant.

Michael John Agoglia, Esquire, Rita Lin, Wendy Marie Garbers, Esquire, Morrison & Foerster LLP, San Francisco, CA, for Defendant–Appellee.

\* The Honorable Edward R. Korman, Senior United States District Judge for the Eastern

Before: SCHROEDER and CALLAHAN, Circuit Judges, and KORMAN, Senior District Judge.\*

## ORDER ON MOTION TO VOLUNTARILY WITHDRAW APPEAL

On November 20, 2012 appellants Herminia Morales and Michelle Suranofsky filed a motion for an order permitting them to withdraw the above-captioned appeal with prejudice as to their individual claims and without prejudice as to the potential claims of any absent putative class members. They also ask that each side should bear its own costs and fees in connection with the appeal. The motion, which is unopposed, is granted with each side to bear their own costs and fees.

**WITHDRAWN.**